IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

| | |
|---|---|
| HELEN WATSON and ROBERT WATSON, SR.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAM'S CLUB EAST, and STORE MANAGER ON ON FEBRUARY 23, 2019 and JOHN DOE 1-99 | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  STCV20-01830<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING REMOVAL

TO:   Clerk, State Court of Chatham County, Georgia.

    In compliance with 28 U.S.C. § 1446 (d), you are hereby notified of the filing of a Notice of Removal in this action with the United States District Court for the Southern District of Georgia, Savannah Division, a copy of which is attached hereto.

    Respectfully submitted this 15th day of February, 2021.

                                                     **DREW, ECKL & FARNHAM, LLP**

                                                     */s/ Leslie P. Becknell*
                                                     Michael L. Miller
                                                     Georgia Bar No. 508011
                                                     Leslie P. Becknell
                                                     Georgia Bar No. 046320
                                                     ***Attorneys for Defendants***

303 Peachtree Street NE, Ste 3500
Atlanta, Georgia 30308
(404) 885-1400
MMiller@deflaw.com
LBecknell@deflaw.com

EXHIBIT D

          */s/ Garret W. Meader*

          Garret W. Meader
          Georgia Bar No. 142402
          *Attorneys for Defendants*

777 Gloucester Streets
Suite 305
Brunswick, Georgia  31520
(912) 280-9662
gmeader@deflaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day forwarded, via statutory electronic service, a true and correct copy of the foregoing *Notice of Filing Removal* to the following attorney, addressed as follows:

Dwight Feemster
Deffy & Feemster, LLC
340 Eisenbhower Drive, Suite 800
Savannah, GA 31406

This 15th day of February, 2021

**DREW, ECKL & FARNHAM, LLP**

*/s/ Leslie P. Becknell*
Leslie P. Becknell
Georgia Bar No. 046320
***Attorneys for Defendants***

303 Peachtree Street NE, Ste 3500
Atlanta, Georgia 30308
(404) 885-1400
LBecknell@deflaw.com