UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| HELEN WATSON and ROBERT WATSON, SR., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV421-048 |
| SAM'S CLUB EAST, STORE MANAGER ON FEBRUARY 23, 2019 and JOHN DOE 1-99, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court are plaintiffs' motions to add Import-Sports Diversions, Inc., a/k/a Import Diversions, Inc. as a defendant and to amend the Scheduling Order. Doc. 7; doc. 10. No party has opposed either motion. For the following reasons, the motion to add Import-Sports Diversions, Inc. is **GRANTED** and the motion to amend the Scheduling Order is **GRANTED, in part** and **DENIED, in part**.

At the time plaintiffs filed their motion to add a defendant, the deadline for such motions had not yet expired. *See* doc. 6 (setting April 16, 2021, as the deadline for adding additional parties). A request to add

a party within the scheduling order's deadline is subject to the requirements of Rule 15(a), which allows a party to amend after being served with responsive pleadings, only with written consent or the Court's leave. Such leave should be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). Therefore, the motion to add Import-Sports Diversions, a/k/a/ Import Diversions, Inc. is **GRANTED**. Doc. 7. Plaintiff is **DIRECTED** to file an Amended Complaint within 14 days of this Order and effect service upon the newly added defendant within 30 days thereafter.

Plaintiff has also filed a motion seeking to amend the Scheduling Order in which they propose a series of new deadlines. Doc. 10. No party has objected to this proposed schedule. Amending the Scheduling Order is reasonable to accommodate the addition of a new defendant; however, the newly added defendant should be permitted an opportunity to provide its input into the new discovery schedule. Therefore, the motion to amend the Scheduling Order is **GRANTED, in part** and **DENIED, in part**. The parties are **DIRECTED** to conduct a new Rule 26(f) conference within 21 days of plaintiff serving Import-Sports Diversions. A revised Rule 26(f) Report shall be filed with the Court within 14 days

of the conference. All future deadlines in this case are **STAYED** pending the issuance of the Court's Amended Scheduling Order.

**SO ORDERED**, this 21st day of May, 2021.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA