IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT WATSON, Executor of the Estate of Helen Watson,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S CLUB WEST, and STORE MANAGER ON FEBRUARY 23, 2019, and IMPORT SPORTS DIVERSIONS, INC a/k/a SPORTS DIVERSION, INC.,<br><br>    Defendants. | Civil Action<br>File No.:    4:21-cv-00048-WTM-CLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The above-captioned case having been settled to the satisfaction of the parties who so stipulate, the Court is hereby requested to mark said action settled, satisfied and Dismissed with Prejudice.

Respectfully submitted this 8th day of February, 2022.

| | | |
|---|---|---|
| */s/ Peter D. Muller* | */s/ Dwight T. Feemster* | */s/ Leslie P. Becknell* |
| Peter D. Muller | *(w/ express permission)* | *(w/ express permission)* |
| GA State Bar No. 528233 | Dwight T. Feemster | Leslie P. Becknell |
| pmuller@GM-LLP.com | GA State Bar No. 257253 | GA State Bar No. 046320 |
| Goodman McGuffey LLP | dwight@duffyfeemster.com | lbecknell@deflaw.com |
| 532 Stephenson Avenue | Duffy & Feemster, LLC | Garret Warrington Meader |
| Suite 200 | 340 Eisenhower Drive | GA State Bar No. 142402 |
| Savannah, GA 31405-5487 | Suite 800, Second Floor | gmeader@deflaw.com |
| *Attorneys for Sport Diversions, Inc.* | Savannah, GA 31406<br>*Attorney for Plaintiff* | Drew Eckl & Farnham, LLP<br>777 Gloucester Street, Ste 305<br>Brunswick, GA 31520-7069<br>*Attorney for Sam's Club West* |

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| ROBERT WATSON, Executor of the Estate of Helen Watson,<br><br>    Plaintiff,<br><br>v.<br><br>SAM'S CLUB WEST, and STORE MANAGER ON FEBRUARY 23, 2019, and IMPORT SPORTS DIVERSIONS, INC a/k/a SPORTS DIVERSION, INC.,<br><br>    Defendants. | Civil Action<br>File No.:    4:21-cv-00048-WTM-CLR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys for record, as follows:

| | |
|---|---|
| Dwight T. Feemster, Esq.<br>Duffy & Feemster, LLC<br>dwight@duffyfeemster.com | Garret Warrington Meader, Esq.<br>Leslie P. Becknell, Esq.<br>Drew Eckl & Farnham, LLP<br>gmeader@deflaw.com<br>lbecknell@deflaw.com |

This 8th day of February, 2022.

                                            */s/ Peter D. Muller*
                                            Peter D. Muller
                                            GA State Bar No.  528233
                                            pmuller@GM-LLP.com
                                            Goodman McGuffey LLP
                                            532 Stephenson Avenue, Suite 200
                                            Savannah, GA 31405-5487
                                            (912) 355-6433 Phone/(912) 355-6434 Fax